UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PURE INSURANCE COMPANY,

        Plaintiff,

                                    CASE NO: 8:10CV1818T24TGW

v.

JOHN LINDEN, MELISSA LINDEN,
STAN ANTONUK, and MONIQUE ANTONUK

        Defendants.

_____/

## PLAINTIFF, PURE INSURANCE COMPANY'S, RESPONSE TO ORDER TO SHOW CAUSE AND JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Pure Insurance Company, and Defendants John Linden, Melissa Linden, Stan Antonuk, and Monique Antonuk by and through their respective undersigned counsel, pursuant to Local Rule 3.08 and hereby respectfully give notice that the parties have agreed to a settlement in principle of this case.

The parties are currently in the process of negotiating the terms of the settlement to be incorporated into the final settlement agreement to be executed by the parties. The parties respectfully request the entry of an Order administratively closing this file for a period of sixty (60) days to allow the parties to conclude the terms of the settlement and file a stipulation for the dismissal of this action or to file a Motion with the Court to reopen the case for further proceedings.

Respectfully Submitted,

Shumaker, Loop & Kendrick, LLP


  /s/ Jason P. Stearns
Jason P. Stearns, Esq.
101 E Kennedy Blvd - Ste 2800
Tampa, FL 33672-0609
813/229-7600
813/229-1660 (fax)
jstearns@slk-law.com


Respectfully Submitted,

Lathrop & Gage, LLP


  /s/ Michele Pittman-Gellis
Michele Pittman-Gellis
Suite 2800
2345 Grand Blvd
Kansas City, MO 64108-2612
816/292-2000
816/292-2001 (fax)
mpittmangellis@lathropgage.com


Respectfully Submitted,

Cole, Scott & Kissane

  /s/ Daniel R. Duello
Daniel R. Duello
Florida Bar No.: 068660
COLE, SCOTT & KISSANE, P.A
4686 Sunbeam Road
Jacksonville, FL 32257
Phone: (904) 672-4000
Fax: (904) 672-4050
Daniel.Duello@csklegal.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to the following attorneys:

Jason P. Stearns, Esq.
101 E. Kennedy Blvd – Ste 2800
Tampa, FL 33672-0609

Michelle Pitman-Gellis
Suite 2800
2345 Grand Blvd
Kansas City, MO 64108-2612

Daniel R. Duello
Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

/s/ Daniel R. Duello