UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PURE INSURANCE COMPANY,

Plaintiff,

CASE NO: 8:10-cv-1818 T24 TGU

v.

JOHN LINDEN, MELISSA LINDEN,
STAN ANTONUK, and MONIQUE ANTONUK

Defendants.

_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by the parties to this proceeding that all claims herein have been amicably settled, compromised, adjusted and discharged, and that this cause may be **DISMISSED** with prejudice, with each party bearing its own attorneys' fees and costs. All liens and subrogated interests, if any, will be satisfied by the parties from the proceeds of this settlement.

DATED this 21st day of April 2011.

**LATHROP & GAGE LLP**
Attorney for Defendants John and
Melissa Linden

/s/ Michele Pittman-Gellis
Michele Pittman Gellis, Esq. (FB #653284)
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 65108
(816) 292-2000 (telephone)
(816) 292-2001 (facsimile)

**COLE, SCOTT & KISSANE, P.A.**
Attorneys for Plaintiff

/s/ Daniel R. Duello
Daniel R. Duello, Esq. (FB #068660)
4686 Sunbeam Road
Jacksonville, FL 32257
(904) 672-4000 (telephone)
(904) 672-4050 (facsimile)

Shumaker, Loop & Kendrick, LLP

/s/ Jason P. Stearns
Jason P. Stearns, Esq. (FB #059550)
101 E Kennedy Blvd - Ste 2800
Tampa, FL 33672-0609
813/229-7600
813/229-1660 (fax)
jstearns@slk-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to the following attorneys:

Jason P. Stearns, Esq.
101 E. Kennedy Blvd – Ste 2800
Tampa, FL 33672-0609

Michele Pitman-Gellis
Suite 2800
2345 Grand Blvd
Kansas City, MO 64108-2612

Daniel R. Duello
Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

/s/ Daniel R. Duello